IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| TOMMY STUCKEY, #K5680 | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 4:09cv72-HTW-LRA |
| STATE OF MISSISSIPPI | DEFENDANT |

**FINAL JUDGMENT**

This cause is before the Court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED AND ADJUDGED, this the 26th day of January, 2010.

**s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**